## GRAY vs. JONES.

A special motion should be noticed for the special term, *first to be held in the county where it can be made*, whether in the county where the proceedings are pending, or in an adjoining county.

An order for stay of proceedings to be enabled to make a motion, will not extend beyond the special term, *first* to be held in the county where it can be made.

*September Special Term,* 1847. *Dutchess county.*

C. W. SWIFT.

WM. ENO.

BARCULO, Justice—Held, in this case, that an order for a stay of proceedings to enable a party to make a special motion, could only extend to the first special term, held in the county where the suit was pending, or in an adjoining county. The party making the motion could not stay his adversary's proceedings until the next special term in the county where the suit was pending, if in the mean time there should be a special term in an adjoining county.